MARK A. MANNING
CRAM, HARDER, WELLS & BARON, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
Fax: (541) 344-6099
mmanning@chwb.net
Of Attorneys for the Plaintiff

RECID'06 FEB 09 11:15 USDC-ORP

FILED'06 FEB 10 16:05 USDC-ORP

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELLEN E. HANCOCK, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner, Social Security )<br>Administration, )<br>)<br>Defendant. )<br>_____) | Civil No. 03-6122-HA<br><br>ORDER FOR PAYMENT OF ATTORNEY<br>FEES, COSTS AND EXPENSES<br>PURSUANT TO EAJA |

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding plaintiff's attorney, Mark Manning, an attorney fee of $1,995.39, and expenses in the amount of $25.00 pursuant to 28 U.S.C. §2412 under the EAJA; and costs in filing fees in the amount of $150.00, pursuant to, 28 U.S.C. §1920 under the EAJA;

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of $2,170.39 as full settlement of any and all claims for attorney fees, costs and expenses under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 9 day of February, 2006.

                                            _____
                                            U.S. District Judge

PRESENTED BY:

By: _____
    Mark Manning, OSB #00311
    Of Attorneys for Plaintiff